# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BRENT VICTORIAN,

Plaintiff(s),

v.

CONN APPLIANCES, INC.,

Defendant(s).

Case No. 2:20-CV-320 JCM (DJA)

ORDER

Presently before the court is the matter of *Victorian v. Conn Appliances, Inc.*, case number 2:20-cv-00320-JCM-DJA.

On February 14, 2020, petitioner Frank H. Kerney, III filed a verified petition to practice *pro hace vice*. (ECF No. 3). On February 18, 2020, a minute order was entered directing Kerney to correct certain deficiencies with his petition. (ECF No. 5). Kerney refiled his petition on February 18, 2020 (ECF No. 6), and on that same day, another minute order was entered directing Kerney to file a certificate of good standing from the State Bar of Tennessee within fourteen (14) days of the date of the order (ECF No. 7). Now, Kerney has filed an *ex parte* motion to extend time to file a certificate of good standing from the State Bar of Tennessee. (ECF No. 8).

Kerney represents that he has mailed an application to the clerk of court in Tennessee for a certificate of good standing, and that while he has not yet received his certificate, he expects it to arrive within the week. *Id*. Kerney requests seven (7) additional days to file his certificate, for a due date of March 10, 2020. *Id*.

Good cause appearing, the court will grant Kerney's *ex parte* motion to extend time.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Kerney's *ex parte* motion to extend time (ECF No. 8) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Kerney shall have up to and including March 10, 2020 to file a certificate of good standing from the State Bar of Tennessee.

DATED March 5, 2020.

_____
UNITED STATES DISTRICT JUDGE