Michael A. Harvey
(TX State Bar No. 24058352)
mharvey@munsch.com
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 2700
Houston, Texas 77002
(713) 222-1470
(713) 222-1475 (FAX)

*Attorneys for Defendant,*
*Conn Appliances, Inc.*

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| Brent Victorian, <br><br> Plaintiff, <br><br> vs. <br><br> Conn Appliances, Inc., <br><br> Defendant. | Civil Action No. 2:20-cv-00320 <br><br> ORDER ON AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CONN APPLIANCES, INC. TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT |

On March 6, 2020, Plaintiff, Brent Victorian ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Defendant") filed an Agreed Motion for Extension of Time for Defendant to file its Answer to Plaintiff's Complaint (the "Motion").

After considering the same, it is hereby ORDERED that the Motion is GRANTED. Defendant's answer to Plaintiff's Complaint shall be filed on or before March 24, 2020

Dated: March 11, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4841-2150-1366v.1